Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CELESTE DAVIS, | ) |
| | ) Case No: 16-CV-6263-HSG |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| RBC CAPITAL MARKETS, LLC and DOES 1-10, | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |
| | ) |

I, ___/s/ Michael Delikat___, an active member in good standing of the bar of ___U.S.D.C. So. Dist. of NY___, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ___RBC CAPITAL MARKETS, LLC___ in the above-entitled action. My local co-counsel in this case is ___Erin M. Connell___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Orrick Herrington & Sutcliff LLP | Orrick Herrington & Sutcliff LLP |
| 51 West 52nd Street, New York, NY 10019 | 405 Howard Street, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 506-5000 | (415) 773-5700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mdelikat@orrick.com | econnell@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___MD1165___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/17/16

_____/s/ Michael Delikat_____
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of ___/s/ Michael Delikat___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/18/2016

_Haywood S. Gilliam, Jr._
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of
## Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**MICHAEL  DELIKAT**_____ , Bar # _____**MD1165**_____

was duly admitted to practice in this Court on

_____**JULY 11th, 1978**_____ , and is in good standing as a member of the Bar of this Court.

500 Pearl Street

Dated at <u>New York, New York</u>      on  _____**NOVEMBER 14th, 2016**_____

_____Ruby J. Krajick_____      by  _____

Clerk                                         Deputy  Clerk