UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>RBC CAPITAL MARKETS, LLC,<br><br>    Defendant. | Case No. 16-cv-06263-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. Nos. 18, 19 |

Pursuant to the Court's instructions at the Case Management Conference held on February 7, 2017, *see* Dkt. No. 18, and the amended proposed schedule filed by the parties on February 8, 2017, Dkt. No. 19, the Court **SETS** the following schedule:

1. Last Day to Join Parties or Amend Pleadings:    April 3, 2017;
2. Close of Fact Discovery:    October 6, 2017;
3. Last Date to Serve Expert Reports:    November 6, 2017;
4. Last Date to Serve Rebuttal Expert Reports:    December 1, 2017;
5. Close of Expert Discovery:    December 15, 2017;
6. Last Day to File Dispositive Motions:    January 25, 2018;
7. Motion Hearing Deadline:    March 15, 2018 at 2:00pm;
8. Pre-trial Conference:    May 1, 2018 at 3:00pm;
9. Ten-day Jury Trial:    May 14, 2018 at 8:30am.

**IT IS SO ORDERED.**

Dated: 3/6/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge