KATHRYN BURKETT DICKSON (STATE BAR NO. 70636)
kathy@disksongeesman.com
EMILY A. NUGENT (STATE BAR NO. 255048)
emily@dicksongeesman.com
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, CA 94612
Tel: (510) 899-46700
Fax: (510) 899-4671

Attorneys for Plaintiff
Celeste Davis

ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KATHRYN G. MANTOAN (STATE BAR NO. 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant
RBC Capital Markets, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Celeste Davis,<br><br>    Plaintiff,<br><br>v.<br><br>RBC Capital Markets, LLC; and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No. 3:16-CV-06263-HSG<br><br>**STIPULATION AND ORDER FOR PRIVATE MEDIATION** |

Plaintiff Celeste Davis and Defendant RBC Capital Markets, LLC (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the Parties already participated in one mediation prior to litigation;

WHEREAS the Parties held an ADR telephone conference with the Court's ADR staff on May 2, 2017, during which they discussed ADR options to satisfy the Court's ADR requirement;

WHEREAS, the Parties expressed their mutual agreement to mediate with the Honorable Steven A. Brick (Ret.) in an effort to resolve their dispute after sufficient discovery has taken place;

Now, therefore, the Parties through their respective counsel, stipulate as follows:

1. The Parties agree to mediate before the Honorable Steven A. Brick (Ret.) in the San Francisco Bay Area;

2. The Parties will work in good faith to complete the mediation within 90 days of the date of the Court's order.

Dated: May 9, 2017       DICKSON GEESMAN LLP

By:  */s/ Kathryn Burkett Dickson*
KATHRYN BURKETT DICKSON
Attorneys for Plaintiff
Celeste Davis

Dated: May 9, 2017       ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Erin Connell*
ERIN M. CONNELL
Attorneys for Defendant
RBC Capital Markets, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 10, 2017       By: HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

## ATTESTATION OF CONCURRENCE

Pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.