KATHRYN BURKETT DICKSON (STATE BAR NO. 70636)
kathy@disksongeesman.com
EMILY A. NUGENT (STATE BAR NO. 255048)
emily@dicksongeesman.com
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, CA 94612
Tel: (510) 899-46700
Fax: (510) 899-4671

Attorneys for Plaintiff
Celeste Davis

ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KATHRYN G. MANTOAN (STATE BAR NO. 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	+1 415 773 5700
Facsimile:	+1 415 773 5759

Attorneys for Defendant
RBC Capital Markets, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Celeste Davis,<br><br>	Plaintiff,<br><br>	v.<br><br>RBC Capital Markets, LLC; and DOES 1 to 100, Inclusive,<br><br>	Defendants. | Case No. 4:16-CV-06263-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRIVATE MEDIATION** |

| | |
|---|---|
| 1 | Plaintiff Celeste Davis and Defendant RBC Capital Markets, LLC (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows: |
| 2 | |
| 3 | WHEREAS the Parties already participated in one mediation prior to litigation; |
| 4 | WHEREAS the Parties held an ADR telephone conference with the Court's ADR staff on May 2, 2017, during which they discussed ADR options to satisfy the Court's ADR requirement; |

Plaintiff Celeste Davis and Defendant RBC Capital Markets, LLC (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the Parties already participated in one mediation prior to litigation;

WHEREAS the Parties held an ADR telephone conference with the Court's ADR staff on May 2, 2017, during which they discussed ADR options to satisfy the Court's ADR requirement;

WHEREAS, the Parties expressed their mutual agreement to mediate with the Honorable Steven A. Brick (Ret.) in an effort to resolve their dispute after sufficient discovery has taken place;

WHEREAS on May 10, 2017 the Court ordered the parties to mediate before the Honorable Steven A. Brick (Ret.) in the San Francisco Bay Area within 90 days;

WHEREAS the Honorable Steven A. Brick (Ret.) recently and unexpectedly passed away resulting in the parties' need to find a new mediator to conduct the court-ordered mediation;

WHEREAS, the Parties agreed to mediate with Patricia Gillette, Esq. of JAMS on September 25, 2017 in an effort to resolve their dispute;

Now, therefore, the Parties through their respective counsel, stipulate as follows:

1. The Parties agree to mediate before Patricia Gillette, Esq. in the San Francisco Bay Area;

2. The Parties have scheduled a mediation date with Ms. Gillette on September 25, 2017 and will work in good faith to complete the mediation and any follow-up from the mediation no later than October 31, 2017.

| | | |
|---|---|---|
| Dated: August 2, 2017 | | DICKSON GEESMAN LLP |
| | | By: */s/ Kathryn Burkett Dickson* |
| | | KATHRYN BURKETT DICKSON |
| | | Attorneys for Plaintiff |
| | | Celeste Davis |
| Dated: August 2, 2017 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | | By: */s/ Erin Connell* |
| | | ERIN M. CONNELL |
| | | Attorneys for Defendant |
| | | RBC Capital Markets, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**The deadline for completion of ADR is continued to October 31, 2017.**

Dated: \_\_\_\_August 2\_\_, 2017     By: /s/ Haywood S. Gilliam Jr.
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

### ATTESTATION OF CONCURRENCE

Pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.