1  KATHRYN BURKETT DICKSON (STATE BAR NO. 70636)
   kathy@disksongeesman.com
2  EMILY A. NUGENT (STATE BAR NO. 255048)
   emily@dicksongeesman.com
3  DICKSON GEESMAN LLP
   1999 Harrison Street, Suite 2000
4  Oakland, CA 94612
   Tel: (510) 899-46700
5  Fax: (510) 899-4671

6  Attorneys for Plaintiff
   Celeste Davis
7
   ERIN M. CONNELL (STATE BAR NO. 223355)
8  econnell@orrick.com
   KATHRYN G. MANTOAN (STATE BAR NO. 239649)
9  kmantoan@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 The Orrick Building
   405 Howard Street
11 San Francisco, CA  94105-2669
   Telephone:    +1 415 773 5700
12 Facsimile:    +1 415 773 5759

13 Attorneys for Defendant
   RBC Capital Markets, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Celeste Davis,<br><br>               Plaintiff,<br><br>        v.<br><br>RBC Capital Markets, LLC; and DOES 1 to 100, Inclusive,<br><br>               Defendants. | Case No. 4:16-CV-06263-HSG<br><br>**STIPULATION AND ORDER FOR FACT DISCOVERY EXTENSION** |

1  Plaintiff Celeste Davis and Defendant RBC Capital Markets, LLC (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the Court's Scheduling Order entered on March 6, 2017 (Dkt. No. 23) sets the close of fact discovery for October 6, 2017;

WHEREAS the trial date in this matter is set for May 14, 2018;

WHEREAS the Parties already participated in one mediation prior to litigation;

WHEREAS on May 10, 2017 the Court ordered the parties to mediate before the Honorable Steven A. Brick (Ret.) in the San Francisco Bay Area within 90 days;

WHEREAS the Honorable Steven A. Brick (Ret.) recently and unexpectedly passed away resulting in the parties' need to find a new mediator to conduct the court-ordered mediation;

WHEREAS the Parties agreed to mediate with Patricia Gillette, Esq. of JAMS on September 25, 2017 in an effort to resolve their dispute;

WHEREAS on August 2, 2017 the Court ordered the deadline for completion of ADR continued to October 31, 2017;

WHEREAS if the Parties do not resolve the case through mediation, they anticipate the need for additional discovery, including depositions;

WHEREAS the Parties agree to mutually extend the close of fact discovery to avoid the cost of further discovery pre-mediation;

Now, therefore, the Parties through their respective counsel, stipulate as follows:

1. The Parties agree to continue the close of fact discovery until December 6, 2017.
2. All other deadlines from the Court's Scheduling Order (Dkt. 23) will remain the same.

| | | |
|---|---|---|
| 1 | Dated: September 7, 2017 | DICKSON GEESMAN LLP |
| 2 | | |
| 3 | | By: */s/ Kathryn Dickson* |
| 4 | | KATHRYN BURKETT DICKSON<br>Attorneys for Plaintiff |
| 5 | | Celeste Davis |
| 6 | Dated: September 7, 2017 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | | |
| 8 | | |
| 9 | | By: */s/ Erin Connell*<br>ERIN M. CONNELL |
| 10 | | Attorneys for Defendant<br>RBC Capital Markets, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**The close of fact discovery is continued to December 6, 2017.**

Dated: September 7, 2017    By: *[signature]*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

### ATTESTATION OF CONCURRENCE

Pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.