| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (STATE BAR NO. 70636) |
| | kathy@disksongeesman.com |
| 2 | EMILY A. NUGENT (STATE BAR NO. 255048) |
| | emily@dicksongeesman.com |
| 3 | DICKSON GEESMAN LLP |
| | 1999 Harrison Street, Suite 2000 |
| 4 | Oakland, CA 94612 |
| | Tel: (510) 899-46700 |
| 5 | Fax: (510) 899-4671 |

Attorneys for Plaintiff
Celeste Davis

ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
KATHRYN G. MANTOAN (STATE BAR NO. 239649)
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
RBC Capital Markets, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Celeste Davis, <br><br> Plaintiff, <br><br> v. <br><br> RBC Capital Markets, LLC; and DOES 1 to 100, Inclusive, <br><br> Defendants. | Case No. 3:16-CV-06263-HSG <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Plaintiff Celeste Davis and Defendant RBC Capital Markets, LLC (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS Plaintiff initiated this action against Defendant on September 27, 2016 alleging claims of discrimination, retaliation, failure to prevent discrimination, and violation of the California Fair Pay Act in San Francisco Superior Court;

WHEREAS Defendant timely removed to this Court on October 28, 2016; and

WHEREAS, the Parties engaged in mediation with Patricia Gillette, Esq. on September 25, 2017 and agreed on a resolution of this matter in its entirety;

IT IS HEREBY STIPULATED AND AGREED by and between Celeste Davis and RBC Capital Markets, LLC that this action shall be dismissed with prejudice with each party bearing its own attorneys' fees, costs, and expenses.

Dated: December 12, 2017  DICKSON GEESMAN LLP

By: */s/ Kathryn Dickson*
KATHRYN BURKETT DICKSON
Attorneys for Plaintiff
Celeste Davis

Dated: December 12, 2017  ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Erin Connell*
ERIN M. CONNELL
Attorneys for Defendant
RBC Capital Markets, LLC

**ATTESTATION OF CONCURRENCE**

Pursuant to N.D. Cal. Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 13, 2017

By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge